01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PONCIANO AUSTRIA, | ) | CASE NO. C09-347-RSM-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING PETITIONER |
| | ) | TO SUPPLEMENT APPLICATION |
| PAT GLEBE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a Washington State prisoner who seeks to file a petition for a writ of habeas corpus. On March 17, 2009, petitioner filed an application for leave to proceed *in forma pauperis* ("IFP application"). (Dkt. No. 1). However, this application is deficient because the financial statement that petitioner attaches to the application contains information that is more than two months old. The application form clearly asks for a prison trust account statement that shows transactions "for the past six months." (Dkt. No. 1 at 2). **Accordingly, within 30 days from the date of this Order**, petitioner shall provide a more current trust account statement. Failure to comply with this Order will subject petitioner's IFP application to denial and this case to dismissal without prejudice. The Clerk shall send a copy of this Order to

ORDER DIRECTING PETITIONER TO SUPPLEMENT
APPLICATION FOR LEAVE TO PROCEED IFP
PAGE -1

01 petitioner and to the Honorable Ricardo S. Martinez.

02       DATED this 24th day of March, 2009.

03

04                             s/ Mary Alice Theiler

                            United States Magistrate Judge